**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-1249**

BARBARA ARMSTRONG,

            Plaintiff - Appellant,

      v.

YOPP PROPERTIES, LLC,

            Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of North Carolina, at Wilmington. Louise W. Flanagan, District Judge. (7:13-cv-00235-FL)

Submitted: July 21, 2015              Decided:   July 23, 2015

Before WILKINSON and MOTZ, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Barbara Armstrong, Appellant Pro Se. James Scott Lewis, HEDRICK, GARDNER, KINCHELOE & GAROFALO, LLP, Wilmington, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Barbara Armstrong appeals the district court's order granting summary judgment to Yopp Properties, LLC, and certain related orders. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Armstrong v. Yopp Props., LLC, No. 7:13-cv-00235-FL (E.D.N.C. Feb. 12, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED